## S. J. DRUMMOND v. UNION INDEMNITY CO.

### 6 Div. 413.

Supreme Court of Alabama.

Oct. 5, 1933.

F. D. McArthur, of Birmingham, for petitioner.

London, Yancey & Brower and J. Kirkman Jackson, all of Birmingham, opposed.

FOSTER, Justice.

Petition of S. J. Drummond for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Drummond v. Union Indemnity Co., 25 Ala. App. 466, 149 So. 866.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

149 So. 866

## GENERAL MOTORS ACCEPTANCE CORP. v. J. M. HAMLIN.

### 7 Div. 218.

Supreme Court of Alabama.

Oct. 5, 1933.

A. L. Crumpton, of Ashland, for petitioner.

Mullins, Pointer & Deramus, of Birmingham, opposed.

PER CURIAM.

Petition of J. M. Hamlin for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in General Motors Acceptance Corporation v. Hamlin, 25 Ala. App. 522, 149 So. 864.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.